IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Gail S. in her individual capacity and as parent and legal guardian of Minor Plaintiffs, JO. S and JE. S., JO. S., JE.S., | ) ) ) ) ) |
| Plaintiffs, | ) Civil Action No. 2:20-1353 ) |
| v. | ) ) |
| Butler Wesleyan Academy, et al., | ) ) |
| Defendant. | ) |

## REPORT OF NEUTRAL

A Mediation session was held in the above-captioned matter on March 4, 2021.

The case (please check one):

____**X**____  has resolved

_____  has resolved in part (see below)

_____  has not resolved.

The parties request that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claims(s)/parties that remain:

_____

_____


Date:  March 5 2021                    /s/David B. White, Esquire_____
                                       Signature of Neutral