IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GAIL S., in her individual capacity, and as parent and legal guardian of Minor Plaintiffs, JO. S. and JE. S., | ) ) ) ) | Civil Action No. 2:20-cv-1353 |
| | ) | HONORABLE DAVID S. CERCONE |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| BUTLER WESLEYAN ACADEMY, et al., | ) ) ) | |
| Defendants. | ) | Electronically Filed. |

## STIPULATION OF DISMISSAL

The parties to this action by and through their undersigned counsel of record hereby stipulate to the dismissal of this action regarding Plaintiffs, Jo. S. and Je.S., only, with prejudice, and each party to bear its own costs.

Respectfully submitted,

LAW OFFICES OF JOEL SANSONE

s/Joel S. Sansone                            s/Adam M. Barnes, Esquire
Joel S. Sansone, Esquire                Adam M. Barnes, Esquire
PA ID No. 41008                            Walsh, Barnes & Zumpella, P.C.
Massimo A. Terzigni, Esquire      2100 Corporate Drive, Suite 300
PA ID No. 317165                          Wexford, Pennsylvania 15090
Two Gateway Center, Suite 1290    *Counsel for Defendants, Butler Wesleyan*
603 Stanwix Street                         *Academy, et al.*
Pittsburgh, Pennsylvania 15222
412.281.9194                                  s/Katherine Fitz-Patrick, Esquire
                                                        Katherine Fitz-Patrick, Esquire
                                                        Ball, Murren & Connell, LLC
                                                        2303 Market Street
                                                        Camp Hill, Pennsylvania 17011
                                                        *Counsel for Defendant, Allegheny*
                                                        *Wesleyan Methodist Connection*

Dated:  March 8, 2021

1

By the Court,


_____ J.