IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GAIL S., in her individual capacity, and as parent and legal guardian of Minor Plaintiffs, JO. S. and JE. S., | ) ) ) ) | Civil Action No. 2:20-cv-1353 |
| | | HONORABLE DAVID S. CERCONE |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| BUTLER WESLEYAN ACADEMY, et al., | ) ) ) | |
| Defendants. | ) | Electronically Filed. |

## STIPULATION OF DISMISSAL

The parties to this action by and through their undersigned counsel of record hereby stipulate to the dismissal of this action regarding Plaintiffs, Jo. S. and Je.S., only, with prejudice, and each party to bear its own costs.

Respectfully submitted,

LAW OFFICES OF JOEL SANSONE

s/Joel S. Sansone
Joel S. Sansone, Esquire
PA ID No. 41008
Massimo A. Terzigni, Esquire
PA ID No. 317165
Two Gateway Center, Suite 1290
603 Stanwix Street
Pittsburgh, Pennsylvania 15222
412.281.9194

s/Adam M. Barnes, Esquire
Adam M. Barnes, Esquire
Walsh, Barnes & Zumpella, P.C.
2100 Corporate Drive, Suite 300
Wexford, Pennsylvania 15090
*Counsel for Defendants, Butler Wesleyan Academy, et al.*

s/Katherine Fitz-Patrick, Esquire
Katherine Fitz-Patrick, Esquire
Ball, Murren & Connell, LLC
2303 Market Street
Camp Hill, Pennsylvania 17011
*Counsel for Defendant, Allegheny Wesleyan Methodist Connection*

Dated: March 8, 2021

1

By the Court,

_s/ David S. Cercone_ J.